#1608519

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
FEB - 6 2003
MICHAEL GANS
CLERK OF COURT

No. 02-1683

| | | |
|---|---|---|
| In re: Thomas M. Sendecky, | * | |
| Debtor, | * | |
| Floret, LLC; Michele Lea Eggert, | * | Appeal from the United States District Court for the District of Minnesota |
| Appellants, | * | CV02-202 DWF/ |
| vs. | * | |
| Thomas J. Sendecky, et al, | * | |
| Appellees. | * | |

After consideration of the court, the district court's order for sanctions is affirmed.

Appellees' motion for attorneys' fees in the sum of $3,954.70 is granted.

February 6, 2003

Order Entered at the Direction of the Court:
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED NOV 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM